Case 4:22-cv-03750 Document 26 Filed on 08/21/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAZ JOUBERT, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-3750 |
| CITY OF HOUSTON, *et al.*, | § § § | |
| *Defendants*. | § § § § | |

## ORDER

Pending before the Court is Plaintiffs Chaz Joubert ("Joubert"), April Joubert, C.J. J.r., a minor, and U'reka A., a minor, (collectively "Plaintiffs") Motion for Leave to File a Second Amended Complaint. (Doc. No. 18). Having considered the briefs and arguments of counsel, the Court hereby **GRANTS** Plaintiffs' Motion to for Leave to File a Second Amended Complaint.

Defendant City of Houston ("Defendant") filed a Motion to Dismiss (Doc. No. 15), to which Plaintiffs responded in opposition (Doc. No. 18) and Defendant replied (Doc. No. 19). In its Motion to Dismiss, Defendant raised, among other arguments, a number of issues regarding Plaintiffs' standing and capacity to bring their case. In their Response in opposition, Plaintiffs noted that there were several "scrivener's error[s]," among other issues involving standing, that it sought to correct and requested leave to file a Second Amended Complaint.[1] (Doc. No. 18 at 7).

---

[1] Plaintiffs have essentially filed a Response in opposition to Defendant's Motion to Dismiss and a Motion for Leave to File a Second Amended Complaint within the same filing, even though it is titled solely as a Response in opposition and even though a combined filing violates this Court's rules. (*See* Doc. No. 24); *see also* Judge Hanen's Civil Procedures § 3E ("Counsel shall not combine two different and unrelated pleadings … into the same electronically

Plaintiffs attached a proposed Second Amended Complaint to their Response in opposition. (Doc. No. 18-2). Defendant, in its Reply, noted that it was opposed to Plaintiffs' Motion for Leave. (Doc. No. 19 at 4-6).

Given that standing is a threshold issue of any case, this Court hereby **GRANTS** Plaintiffs' Motion for Leave to File a Second Amended Complaint. Accordingly, Defendant's pending Motion to Dismiss (Doc. No. 15) is **DENIED** without prejudice as moot.

The Clerk is **ORDERED** to file the Second Amended Complaint (Doc. No. 18-2) as the active complaint. Defendant is hereby **GRANTED** 21 days from today's date to file whatever response it deems appropriate.

Signed this 21st day of August, 2023.

Andrew S. Hanen
United States District Judge

---

filed document"). Despite this infirmity, this Court, in the interest of resolving this issue, will address the entirety of the parties' arguments.